# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3658
LT Case No. 2007-CJ-000852-A

———————————————

H.J.S., a Child,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Citrus County.
Richard A. Howard, Judge.

Gilbert A. Schaffnit, of Law Offices of Gilbert A. Schaffnit, Gainesville, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

May 19, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, KILBANE, and MACIVER, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---